**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Toni Jennifer Woody** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–3012** <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Eastern District of Virginia**

Case number:   **16–35219–KLP**

## Discharge of Debtor                                                                                                       12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

   Toni Jennifer Woody
   fka Toni J. Brandon

<u>February 1, 2017</u>                              **For the court:**         William C. Redden
                                                                                Clerk

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                           **Discharge of Debtor**                                 page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318                    **Discharge of Debtor**                    page 2

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                         Case No. 16-35219-KLP
Toni Jennifer Woody                                            Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-7         User: admin           Page 1 of 2          Date Rcvd: Feb 02, 2017
                             Form ID: 318          Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2017.
```
db          +Toni Jennifer Woody,    2309 Wilkes Ridge Place,    Henrico, VA 23233-7342
cr          +MAAC, Inc. t/a The Retreat at West Creek,    c/o Coulter, Harris & Loftus, PC,
              7900 Sudley Road, Suite 608,    Manassas, VA 20109-2806
13624463    +Allied Cash Advance,    2312-12B Hungary Rd.,    Henrico, VA 23228-2122
13624464    +American Anesthesiology,    of Virginia, PC,    P.O. Box 120153,    Grand Rapids, MI 49528-0103
13624467    +Argent Federal Credit Union,    P.O. Box 72,    Chesterfield, VA 23832-0900
13624470    +Big Picture Loans,    P.O. Box 704,    Watersmeet, MI 49969-0704
13624472    +Cash-2-U Financial Services,    4118 W. Broad St.,    Richmond, VA 23230-3353
13624475    +Citibank / Sears,    Citicorp Credit Services,    Po Box 790040,    Saint Louis, MO 63179-0040
13624477    +Edc/Mid-america Apartments,    1000 Wilkes Ridge Parkway,    Richmond, VA 23233-7335
13624478    +First Data,    5565 Glenridge,    Connector NE Ste 2000,    Atlanta, GA 30342-1335
13624479     First Premier,    601 S Minneapolis Ave,    Sioux Falls, SD 57104-0000
13624480    +First Virginia Financial Srv.,    9121 Staples Mill Rd.,    Richmond, VA 23228-2026
13624481    +Golden Valley Lending,    635 East Hwy 20,    E Upper Lake, CA 95485-8793
13624483   #+James E. Jones Jr., MD,    5875 Bremo Rd. Ste. 304,    Richmond, VA 23226-1934
13624486    +NH Cash,    169 South River Rd. Ste. 19,    Bedford, NH 03110-6934
13624489    +Rivertrace FCU,    6011 Staples Mill Rd.,    Henrico, VA 23228-4923
13624490    +St. Mary's Hospital,    5801 Bremo Rd.,    Richmond, VA 23226-1900
13624492    +Verizon Wireless,    500 Technology Dr.,    Ste. 550,    Weldon Spring, MO 63304-2225
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr          +EDI: QLLTAVENNER.COM Feb 03 2017 02:13:00     Lynn L. Tavenner,
              20 North Eighth Street, Second Floor,    Richmond, VA 23219-3302
13624465     EDI: HNDA.COM Feb 03 2017 02:13:00     American Honda Finance,    P.O. Box 168088,
              Irving, TX 75016-0000
13624463    +EDI: ALLIEDCASH.COM Feb 03 2017 02:13:00     Allied Cash Advance,    2312-12B Hungary Rd.,
              Henrico, VA 23228-2122
13624466    +EDI: AMEREXPR.COM Feb 03 2017 02:13:00     Amex,    P.O. Box 981540,    El Paso, TX 79998-1540
13624468    +E-mail/Text: bk@avant.com Feb 03 2017 02:21:39     Avant Credit, Inc,    640 N La Salle St,
              Suite 535,    Chicago, IL 60654-3731
13624469    +EDI: BANKAMER.COM Feb 03 2017 02:13:00     Bank Of America,    Nc4-105-03-14,    P.O. Box 26012,
              Greensboro, NC 27420-6012
13624471    +EDI: CAPITALONE.COM Feb 03 2017 02:13:00     Captial One,    P.O. Box 30273,
              Salt Lake City, UT 84130-0273
13624473    +E-mail/Text: heatherg@checkcity.com Feb 03 2017 02:20:44     Check City,    6001 West Broad St.,
              Richmond, VA 23230-2221
13624476    +EDI: DISCOVER.COM Feb 03 2017 02:13:00     Discover Financial,    P.O. Box 3025,
              New Albany, OH 43054-3025
13624482     EDI: IRS.COM Feb 03 2017 02:13:00     Internal Revenue Service,    Insolvency Unit,
              P.O. Box 21126,    Philadelphia, PA 19114-0000
13624484    +E-mail/Text: bk@lendingclub.com Feb 03 2017 02:21:30     Lending Club Corp,    71 Stevenson St,
              Suite 300,    San Francisco, CA 94105-2985
13624485    +E-mail/Text: Bankruptcy_3rdParty_Team@cashnetusa.com Feb 03 2017 02:21:45
              Net Credit Financial,    P.O. Box 645295,    Cincinnati, OH 45264-0001
13624487    +E-mail/Text: bankruptcypgl@plaingreenloans.com Feb 03 2017 02:21:29     Plain Green Loans,
              93 Mack Rd  Ste 600,    P.O. Box 270,    Box Elder, MT 59521-0270
13624488    +E-mail/Text: bankruptcy@regionalmanagement.com Feb 03 2017 02:20:39     Regional Finance,
              5694 Brook Road,    Richmond, VA 23227-2274
13624491    +EDI: RMSC.COM Feb 03 2017 02:13:00     Synchrony Bank/Care Credit,    P.O. Box 965064,
              Orlando, FL 32896-5064
13624493    +EDI: VACU.COM Feb 03 2017 02:13:00     Virginia Credit Union,    P.O. Box 90010,
              Richmond, VA 23225-9010
                                                                                              TOTAL: 16

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         +Virginia Credit Union, Inc.,    P.O. BOX 90010,    RICHMOND, VA 23225-9010
13624494*    +Virginia Credit Union,    Po Box 90010,    Richmond, VA 23225-9010
13624474   ##+CircleBack Lending Inc,    2500 N Military Trail,    Boca Raton, FL 33431-6305
                                                                                TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0422-7           User: admin              Page 2 of 2              Date Rcvd: Feb 02, 2017
                               Form ID: 318             Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 1, 2017 at the address(es) listed below:
              Christopher Mark Winslow    on behalf of Debtor Toni Jennifer Woody chris@chriswinslow.com,
               winslowparalegal@gmail.com
              Connell Andrew Loftus     on behalf of Creditor   MAAC, Inc. t/a The Retreat at West Creek
               cal@manassaslawfirm.com
              Lynn L. Tavenner     ltavenner@tb-lawfirm.com,
               sleadbeater@tb-lawfirm.com;amorris@tb-lawfirm.com;ltavenner@ecf.epiqsystems.com
                                                                                             TOTAL: 3
```